DATE: January 11, 2022

The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Nicholas DeLuca, s/k/a Nicholas Tyler DeLuca
   v. Commonwealth of Virginia
   Record No. 1150-20-4
   Opinion rendered by Judge Russell on
   October 26, 2021

2. Nicholas DeLuca
   v. Commonwealth of Virginia
   Record No. 1151-20-4
   Opinion rendered by Judge Russell on
   October 26, 2021

3. Kimberly Paul Barney
   v. Commonwealth of Virginia
   Record No. 1057-20-1
   Opinion rendered by Judge Huff on
   November 3, 2021

4. Brandon Alan McCarthy
   v. Commonwealth of Virginia
   Record No. 1225-20-1
   Opinion rendered by Judge Huff on
   November 9, 2021

5. James A. Fields, s/k/a James Alex Fields
   v. Commonwealth of Virginia
   Record No. 1964-19-2
   Opinion rendered by Judge Humphreys on
   November 16, 2021

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Rebecca Jones Richard
    v. Commonwealth of Virginia
    Record No. 1722-19-3
    Opinion rendered by Judge Humphreys
      on December 8, 2020
    Judgment of Court of Appeals reversed and final judgment entered
      reinstating conviction by opinion rendered on December 29, 2021 (210027)

2. Terrence D'Juan Blackwell
    v. Commonwealth of Virginia
    Record No. 0328-20-2
    Opinion rendered by Judge Russell
      on February 23, 2021
    Refused (210299)

3. Blake Andrew Mitchell, Jr.
    v. Commonwealth of Virginia
    Record No. 1976-18-1
    Opinion rendered by Judge Russell
      on June 8, 2021
    Refused (210648)